ACCEPTED
15-25-00043-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/13/2025 12:07 PM
CHRISTOPHER A. PRINE
CLERK

# ARMBRUST & BROWN, PLLC

ATTORNEYS AND COUNSELORS

100 CONGRESS AVENUE, SUITE 1300
AUSTIN, TEXAS 78701-2744
512-435-2300

FACSIMILE 512-435-2360

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS

5/13/2025 12:07:26 PM

CHRISTOPHER A. PRINE
Clerk

*Matthew Baumgartner*
*(512) 435-2308*
*mbaumgartner@abaustin.com*

May 13, 2025

**Via E-file**

Christopher A. Prine
Clerk, Fifteenth Court of Appeals
P.O. Box 12852
Austin, TX 78711

> Re: No. 15-25-00043-CV, *The Conservation Society of San Antonio et al. v. University of Texas at San Antonio et al.*

Dear Mr. Prine:

I write on behalf of Appellee the University of Texas at San Antonio. UTSA is in receipt of the Motion for Emergency Relief and Petition for Writ of Injunction ("Motion") that Appellants filed late last night. To the extent the Court takes Appellants' Motion under consideration, UTSA respectfully requests one week to respond.

The Court may—prudently—decide to simply deny the Motion without further response.

This appeal involves the fully-permitted demolition of a UTSA-owned building that was authorized by a December 2024 Texas Historical Commission ("THC") demolition permit, and which began in January of 2025. The trial court dismissed Appellants' claims on April 14, 2025—a month ago. Appellants' delay seeking "emergency" relief from this Court is consistent with their delays seeking emergency relief from the trial court.

Appellants-Plaintiffs did not file suit for more than three months after UTSA obtained its permit and began its demolition project, waiting until April 9, 2025 to do so. At that time, the demolition was already well underway. Because the building is old and had not ever been modernized, it was asbestos-ridden. Thus, the demolition project was in a sensitive asbestos-remediation phase when Plaintiffs finally got around to asking the trial court for an "emergency" TRO. Because the previously-encapsulated asbestos was exposed to the environment, it would have been irresponsible and unwarranted to enjoin the project. That remains true today. UTSA cannot abruptly stop what it had started in January pursuant to a December 2024 THC demolition permit without also pivoting to significant and expensive asbestos containment measures.

Instead of issuing a knee-jerk TRO or Temporary Injunction, on April 14, 2025, the trial court granted UTSA's and the City of San Antonio's pleas to the jurisdiction, dismissing Plaintiffs' claims as barred by sovereign and governmental immunity. That ruling was correct. Appellants' lawsuit is based on the citizen-suit provision of the Texas Antiquities Code. *See* Tex. Nat. Res.

Code § 191.173.  But as the Third Court has held, that provision does not waive sovereign immunity.  *Grossman v. Wolfe*, 578 S.W.3d 250, 261 (Tex. App.—Austin 2019, pet. denied) (citing *Bacon v. Tex. Historical Comm'n*, 411 S.W.3d 161, 177 (Tex. App.—Austin 2013, no pet.)).

Since the trial court's ruling (*a month ago*), the demolition has advanced considerably. Citing nothing from the record,[1] Appellants' motion for emergency relief fails to explain why Appellants: (1) waited months before filing a lawsuit, and then (2) waited another month after losing in the trial court before asking this Court for relief.  Given Appellants' own delays, there is clearly no need for a rushed ruling here.

Thus, to the extent the Court further considers' Appellants' Emergency Motion, UTSA respectfully requests that it be given one week (until May 20, 2025) to respond to Appellants' motion for emergency relief.

Sincerely,

*/s/ Matthew Baumgartner*
Matthew Baumgartner
*Counsel for the University of Texas at San Antonio*

MBB

cc: Guillermo A. Alarcon
  Steve Chiscano
  Nadeen Abou-Hossa
  Donna McElroy
  Katy Jo Richards
  Art Martinez de Vara
  Charles Sierra
  David E. Campa
  Robert W. Wilson
  Mark Anthony Sanchez

---

[1] Appellants' Motion says there was an "off-the-record" agreement and "verbal assurances" that the demolition would stop.  There was no such agreement or assurance. After the Court dismissed Plaintiffs'-Appellants' claims, there were not even any discussions. Rule 11 exists precisely to prevent this sort of disagreement.  *See* Tex. R. Civ. P. 11 ("no agreement between attorneys or parties touching any suit pending will be enforced unless it be in writing, signed and filed with the papers as part of the record, or unless it be made in open court and entered of record.").

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Guillermo Alarcon on behalf of Guillermo Alarcón
Bar No. 24099176
galarcon@abaustin.com
Envelope ID: 100766405
Filing Code Description: Response
Filing Description: UTSA's Letter regarding Motion for Emergency Relief
Status as of 5/13/2025 12:11 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Arturo IMartinez de Vara | | martinezdevara@gmail.com | 5/13/2025 12:07:26 PM | SENT |
| Robert W.Wilson | | rww@sanchezwilson.com | 5/13/2025 12:07:26 PM | SENT |
| Martha Adams | 871490 | martha@madamslaw.com | 5/13/2025 12:07:26 PM | SENT |
| Steve Chiscano | 24001882 | schiscano@gcaklaw.com | 5/13/2025 12:07:26 PM | SENT |
| Donna McElroy | 13582050 | dmcelroy@dykema.com | 5/13/2025 12:07:26 PM | SENT |
| Matthew Baumgartner | 24062605 | mbaumgartner@abaustin.com | 5/13/2025 12:07:26 PM | SENT |
| Guillermo Alarcon | 24099176 | galarcon@abaustin.com | 5/13/2025 12:07:26 PM | SENT |
| Charles Sierra | | charles@sierraspears.com | 5/13/2025 12:07:26 PM | SENT |
| Nadeen Abou-Hossa | 24115449 | nabou-hossa@gcaklaw.com | 5/13/2025 12:07:26 PM | SENT |
| Katelyn Richards | 24125380 | krichards@dykema.com | 5/13/2025 12:07:26 PM | SENT |
| David Campa | | david@mdv.law | 5/13/2025 12:07:26 PM | SENT |
| Carol Qualls | | cqualls@dykema.com | 5/13/2025 12:07:26 PM | SENT |
| Misty Spears | | misty@sierraspears.com | 5/13/2025 12:07:26 PM | SENT |
| Terri Gould | | mdvlawparalegal@gmail.com | 5/13/2025 12:07:26 PM | SENT |
| Mark Sanchez | 795857 | mas@sanchezwilson.com | 5/13/2025 12:07:26 PM | SENT |